**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

| Place of Offense: | | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | Superseding Indictment: | | Criminal Number: 2:18cr |
| County/Parish: | Same Defendant: | | New Defendant: James William Thomas, III |
| | Magistrate Judge Case Number: | | Arraignment Date: |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____ . | | |

## Defendant Information:

Juvenile: Yes ☐ No ☒   FBI#

| Defendant Name: James William Thomas, III | Alias Name(s): |
|---|---|
| Address: [REDACTED] Craigsville, Virginia [REDACTED] | |
| Birth Date: [REDACTED] 84   SS#: [REDACTED]   Sex: M   Race: W   Nationality:   Place of Birth: | |
| Height: 6'5"   Weight: 160   Hair: Blond   Eyes: Blue   Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒   List Language and/or dialect:

State ID:

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____ .

☒ Already in State Custody ☐ On Pretrial Release ☐ Not in Custody

☒ Arrest Warrant Requested ☐ Fugitive ☐ Summons Requested

☐ Arrest Warrant Pending ☒ Detention Sought ☐ Bond

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | [REDACTED] |
| | [REDACTED] |

## U.S. Attorney Information:

AUSA: Joseph L. Kosky   Telephone No. 757-441-6331   Bar #:

## Complainant Agency, Address & Phone Number or Person & Title:

David Desy, Special Agent (FBI)

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2251(a) and 2 | Production of Child Pornography | 1-8 | Felony |
| Set 2 | 18 U.S.C. §§ 2252A(a)(4)(B) and 2 | Possession of Child Pornography | 9-11 | Felony |
| Set 3 | 18 U.S.C. § 2253 | Criminal Forfeiture | | |