

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NUMBER: 2:18cr58

JAMES WILLIAM THOMAS, III

## VERDICT FORM

WE, THE JURY, FIND **THE DEFENDANT JAMES WILLIAM THOMAS, III:**

COUNT 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ✓ GUILTY      ____ NOT GUILTY

COUNT 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ✓ GUILTY      ____ NOT GUILTY

COUNT 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ✓ GUILTY      ____ NOT GUILTY

COUNT 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ✓ GUILTY      ____ NOT GUILTY

COUNT 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ✓ GUILTY      ____ NOT GUILTY

COUNT 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ✓ GUILTY      ____ NOT GUILTY

COUNT 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ✓ GUILTY      ____ NOT GUILTY

COUNT 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ✓ GUILTY      ____ NOT GUILTY

Page 2
USA v. Thomas
2:18cr58

COUNT 10 ........................................ ✓ _____
                                                GUILTY    NOT GUILTY

COUNT 11 ........................................ ✓ _____
                                                GUILTY    NOT GUILTY


REDACTED COPY

_____        2/13/2020
FOREPERSON'S SIGNATURE                   DATE